# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GUSTAVO RODRIGUEZ,

    Plaintiff(s),

v.

JAMES RIVER INSURANCE,

    Defendant(s).

Case No.: 2:18-cv-1267-APG-NJK

**ORDER**

(Docket No. 8)

Pending before the Court is the parties' stipulation to extend time to file the joint proposed discovery plan and scheduling order. Docket No. 8. On July 13, 2018, the Court ordered the parties to file a joint proposed discovery plan by July 27, 2018. Docket No. 6. In the instant stipulation, the parties ask the Court to extend the deadline to July 30, 2018. Docket No. 8. Local Rule IA 6-1(a) requires that the parties "state the reasons for the extension requested." The parties fail to abide by this rule. *Id.*

Accordingly, the Court **DENIES** without prejudice the parties' stipulation to extend time. Docket No. 8.

IT IS SO ORDERED.

Dated: July 30, 2018

                                                        _____
                                                        NANCY J. KOPPE
                                                        United States Magistrate Judge