1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10

11   GUSTAVO RODRIGUEZ,                    Case No.: 2:18-cv-01267-APG-NJK

12          Plaintiff(s),                            **Order**

13   v.                                          [Docket No. 12]

14   JAMES RIVER INSURANCE,

15          Defendant(s).

16          Pending before the Court is a "joint case management report," Docket No. 12, which

17   appears to be an attempt to file a discovery plan.  This filing is defective for several reasons.  First,

18   the proposed discovery plan should be a stand-alone filing providing the information outlined in

19   Rule 26(f) of the Federal Rule of Civil Procedure and in Local Rule 26-1.  That filing shall also

20   include a proposed scheduling order, the form of which must comply with Local Rule 26-1(b)(10).

21   Second, the proposed discovery plan must include various certifications.  *See* Local Rule 26-

22   1(b)(7)-(9).  Third, the instant filing indicates that the "parties have not discussed settlement,"

23   Docket No. 12 at 6, even though they were required to do so at the Rule 26(f) conference, *see* Fed.

24   R. Civ. P. 26(f)(2) ("In conferring, the parties must consider . . . the possibilities for promptly

25   settling or resolving the case").[1]

26

27

28          [1] The deficiencies identified herein are not meant to be exhaustive in nature.

                                          1

1    Counsel shall carefully review the applicable rules, and shall file a proposed discovery plan

2  that conforms thereto no later than August 9, 2018.

3       IT IS SO ORDERED.

4       Dated: August 3, 2018

5                                                    _____

6                                                    Nancy J. Koppe
                                                     United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28