# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GUSTAVO RODRIGUEZ, | Case No.: 2:18-cv-01267-APG-NJK |
| Plaintiff | **Order Denying Motions as Moot** |
| v. | [ECF Nos. 22, 23] |
| JAMES RIVER INSURANCE, | |
| Defendant | |

In light of the parties' notice of settlement (ECF No. 25),

IT IS ORDERED that the pending motions to dismiss **(ECF No. 22)** and for summary judgment **(ECF No. 23) are DENIED as moot.**

DATED this 27th day of February, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE